# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Alvarez, | No. CV-25-00430-TUC-AMM |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, | |
| Respondent. | |

On March 3, 2026, Magistrate Judge Michael A. Ambri issued a Report and Recommendation ("R&R") recommending this Court dismiss self-represented Petitioner Angel Alvarez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 13.) Judge Ambri notified the parties they had fourteen (14) days to file any written objections to the proposed findings and recommendation. (*Id.* at 2–3.) Neither party filed an objection, and the time to do so has now passed.

A district court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court has reviewed the R&R (Doc. 13), the Petition (Doc. 1), and the Respondent's response (Doc. 12). The Court finds no clear error and agrees with the findings and recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**. (Doc. 13.)

**IT IS FURTHER ORDERED** that Petitioner Angel Alvarez's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**. (Doc. 1.)

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 19th day of March, 2026.

Honorable Angela M. Martinez
United States District Judge

- 2 -